# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————

No. 1D2025-1338

———————————————

D.M., Mother of E.A., A Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

———————————————

On appeal from the Circuit Court for Lafayette County.
Darren Jackson, Judge.

November 3, 2025

PER CURIAM.

    AFFIRMED.

ROWE, RAY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Natalie Susan Hall Kelley of the Law Office of Natalie S. Hall Kelley, St. Augustine, for Appellant.

Carolyn A. Schwarz, Children's Legal Services, Fort Lauderdale, for Appellee Department of Children and Families.

Sara Elizabeth Goldfarb and Jaime Michelle Generazzo, Tallahassee; and Jamie Billotte Moses of MMPO Defense, Pro Bono, Defending Best Interests Project, Orlando, for Appellee Guardian ad Litem.